# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**Randi L. Leiber,**

          *Plaintiff*,      Case No. 3:19-cv-156

**v.**

          District Judge Thomas M. Rose

**Commissioner of Social Security,**     Magistrate Judge Sharon Ovington

          *Defendant*.

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE (ECF 11), OVERRULING PLAINTIFF'S OBJECTIONS (ECF 12, 13[1]), AFFIRMING THE ALJ'S DECISION DENYING PLAINTIFF'S APPLICATION FOR BENEFITS, AND TERMINATING CASE.**

---

      This matter comes before the Court pursuant to Objections (ECF 12, 13) to the Report and Recommendations of Magistrate Judge Sharon Ovington (ECF 11) recommending that the ALJ's decision denying Plaintiff's application for benefits be affirmed and that case be terminated.

      The Court has reviewed the findings of the Magistrate Judge and, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record

---

[1] Plaintiff filed the same objections twice.

in this case.   Upon consideration of the foregoing, the Court finds Plaintiff's Objections (ECF 12, 13) are not well-taken and are hereby **OVERRULED**.

The Court **ADOPTS** the Report and Recommendations (ECF 11) in its entirety.   The ALJ's decision denying Plaintiff's application for benefits are hereby **AFFIRMED**.   The instant case is **TERMINATED** on the docket of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

**DONE** and **ORDERED** this Monday, July 27, 2020.


s/THOMAS M. ROSE

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE